IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PIERCE FLOORING, INC., d/b/a PIERCE FLOORING & DESIGN, a Montana Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>ARMSTRONG FLOORING, INC. a Pennsylvania Corporation,<br><br>        Defendant.<br><br>ARMSTRONG FLOORING, INC. a Pennsylvania Corporation,<br><br>        Third Party Plaintiff,<br><br>vs.<br><br>VALLEY FLOORING, LLC, a Montana Limited Liability Company.<br><br>        Third Party Defendant. | CV 20-49-M-DLC-KLD<br><br>ORDER |

    Plaintiff has filed an unopposed motion requesting to appear telephonically for the preliminary pretrial conference scheduled in this matter on June 25, 2020, at 2:00 p.m. (Doc. 14.) Good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. Counsel for Plaintiff may appear telephonically for the preliminary pretrial conference. Counsel for Plaintiff shall dial 1-866-390-1828 at the designated time to participate in the conference. When prompted, enter the access code 8447649, followed by #.

DATED this 23rd day of June, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge